IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CLINTON D. MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-00023 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Clinton D. Mosley's Motion for Summary Judgment on the Record Social Security Disability Benefits ("Motion") (Doc. No. 14), filed with a Memorandum in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 18-1.) Plaintiff then filed a Reply (Doc. No. 20), and the Commissioner filed a Sur-Reply (Doc. No. 23). Subsequently, Magistrate Judge Brown issued a Corrected Report and Recommendation ("Report"), recommending the Motion be granted. (Doc. No. 25.) The Report was entered on August 8, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 32.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion and **REMANDS** the case for further administrative proceedings as outlined in the Report, including a rehearing. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _30th_ day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT